IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN A. EDWARDS,

       Plaintiff,

  v.

DEPUY SYNTHES SALES, INC., a Massachusetts corporation, as successor in interest to SYNTHES MAXILLOFACIAL, INC.,

       Defendant.

No. C 13-6006 CW

ORDER DENYING PLAINTIFF'S SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE; RESETTING CASE MANAGEMENT CONFERENCE (Docket No. 39)

    On March 11, 2014, Plaintiff Ryan Edwards filed a motion for summary judgment.  This motion is DENIED without prejudice.  It would be premature to consider Plaintiff's motion at this time as the parties are still briefing Defendant's motions to dismiss or transfer and the Court has yet to hear those motions or hold an initial case management conference.  Plaintiff may refile his summary judgment motion at a later date if the Court denies Defendant's motions.

    The case management conference previously set for April 2, 2014 is hereby continued to 2:00 p.m. on April 3, 2014 to coincide with the hearing on Defendant's motions.  The parties shall submit a joint case management statement by March 27, 2014.

    IT IS SO ORDERED.

Dated: 3/14/2014

CLAUDIA WILKEN
United States District Judge